IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EARNEST L. PARMENTER                                                    PLAINTIFF

v.                         Civil No. 04-2219

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                 DEFENDANT

## **JUDGMENT**

On this 10th day of May, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Eddie H. Walker, Jr., pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,518.50 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge